UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANDREW DAVID GOLIE,<br><br>               Plaintiff,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>               Defendant. | Case No. CV-17-127-M-DLC-KLD<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner.

      Dated this 9th day of October, 2019.

                                   TYLER P. GILMAN, CLERK

                                   By: /s/ H. Gauthier
                                   H. Gauthier, Deputy Clerk